UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: INCRETIN-BASED THERAPIES PRODUCTS LIABILITY LITIGATION <br> _____ | ) Lead Case No. 13md2452 AJB (MDD) <br> ) <br> ) ORDER REMANDING CASES <br> ) <br> ) *Briggs*, Case No. 14cv1677 AJB (MDD) <br> ) *Kelly*, Case No. 14cv2066 AJB (MDD) <br> ) *Johnson*, Case No. 14cv2070 AJB (MDD) <br> ) *Martinez*, Case No. 14cv2071 AJB (MDD) <br> ) *Kries*, Case No. 14cv2072 AJB (MDD) <br> ) |

On August 6, 2015, the Ninth Circuit issued an opinion reversing this Court's prior order denying the plaintiffs' motions to remand to state court. In accordance with the Ninth Circuit's opinion and mandate, plaintiffs motions to remand are **GRANTED** and the above-referenced cases are **REMANDED**.

**IT IS SO ORDERED**.

DATED: September 1, 2015

Hon. Anthony J. Battaglia
U.S. District Judge